Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 416
San Jose, California  95113-2404
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
KELU NDUNGE MAUNDU

**E-filed 8/29/05**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

KELU NDUNGE MAUNDU,

                     Plaintiff,

v.

THE BARNES LAW FIRM, A
PROFESSIONAL CORPORATION, a
California corporation, SHARON LYNN
BARNES, individually and in her official
capacity, and KAY DAVIS, individually and
in her official capacity,

                     Defendants.

Case No.  C05-01939-JF-PVT

**JOINT ADR STIPULATION
AND [~~PROPOSED~~] ORDER**

The parties stipulate to participate in the following ADR process:

**Court Processes:**

☐ Arbitration      ☒ ENE      ☐ Mediation

*(To provide additional information regarding timing of session, preferred subject
matter expertise of neutral, of other issues, please attach a separate sheet.)*

**Private Process:**

☐ Private ADR *(please identify process and provider)*

_____

_____

/ / /

/ / /

-1-

JOINT ADR STIPULATION AND [PROPOSED] ORDER           Case No.  C05-01939-JF-PVT

1

Dated: __August 23, 2005__                    /s/ Fred W. Schwinn_____
                                                                  Fred W. Schwinn, Esq.
2                                                                 Attorney for Plaintiff
                                                                  KELU NDUNGE MAUNDU
3

4

Dated: __August 23, 2005__                    /s/ Sharon L. Barnes_____
                                                                  Sharon L. Barnes, Esq.
5                                                                 Attorney for Defendants
                                                                  THE BARNES LAW FIRM, APC
6                                                                 SHARON LYNN BARNES
                                                                  KAY DAVIS
7

8    IT IS SO ORDERED.

9

10   Dated: __8/29/05_____       Jeremy Fogel /s/electronic signature authorized
                                                              _____
11                                                            UNITED STATES
                                                              DISTRICT/~~MAGISTRATE~~ JUDGE
12                                                                       DISTRICT COURT

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT ADR STIPULATION AND [PROPOSED] ORDER            Case No.  C05-01939-JF-PVT