**E-Filed 2/3/06**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| KELU NDUNGE MAUNDU, | Case Number C 05-1939 JF (PVT) |
|---|---|
| Plaintiff, | ORDER (1) DISMISSING ACTION WITHOUT PREJUDICE AS TO THE BARNES LAW FIRM AND KAY DAVIS; (2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS TO SHARON BARNES; AND (3) DIRECTING PLAINTIFF TO FILE STATEMENT OF ATTORNEYS' FEES |
| v. | |
| THE BARNES LAW FIRM, et al., | |
| Defendants. | |
| | [Doc. No. 22] |

Plaintiff filed the complaint in this action on May 11, 2005, alleging violation of the Fair Debt Collection Practices Act against The Barnes Law Firm, its principal, Sharon Barnes, and an employee, Kay Davis. The Barnes Law Firm subsequently filed for bankruptcy under Chapter 7, thus triggering the automatic stay of litigation. Kay Davis was not served with process. Plaintiff requests that the action be dismissed without prejudice as to The Barnes Law Firm and Kay Davis. That request will be granted.

The remaining defendant, Sharon Barnes ("Barnes"), did not file opposition to Plaintiff's motion and did not appear at the hearing. It appears that Barnes was served with notice of the

1  motion, and chambers staff left a message with her answering service confirming the hearing
2  date. The motion is well-taken and will be granted. Plaintiff requests $1000 in statutory
3  damages and, in addition, reasonable attorneys' fees as provided under the statute. Counsel for
4  Plaintiff shall file a statement of attorneys' fees on or before February 10, 2006. Once the Court
5  determines reasonable attorneys' fees, the Court will enter judgment in this matter.
6      IT IS SO ORDERED.

9  DATED: 2/3/06

                                      JEREMY FOGEL
                                      United States District Judge

Case No. C 05-1939 JF (PVT)
ORDER (1) DISMISSING ACTION WITHOUT PREJUDICE AS TO THE BARNES LAW FIRM ETC.
(JFLC2)

| | |
|---|---|
| 1 | This Order was served on the following persons: |
| 2 | |
| 3 | Frederick William Schwinn    cand_cmecf@sjconsumerlaw.com, fred.schwinn@sjconsumerlaw.com |
| 4 | |
| 5 | Sandra J. Shapiro    sjshapiroecf@yahoo.com, |
| 6 | Sharon L Barnes<br>The Barnes Law Firm, APC<br>Suite 121 West |
| 7 | 2151 E. Convention Center Way<br>Ontario, CA 91764 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

3

Case No. C 05-1939 JF (PVT)
ORDER (1) DISMISSING ACTION WITHOUT PREJUDICE AS TO THE BARNES LAW FIRM ETC.
(JFLC2)