1

2                                              **E-Filed 5/23/06**

3

4

5

6

7                          NOT FOR CITATION

8              **IN THE UNITED STATES DISTRICT COURT**

9            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                          **SAN JOSE DIVISION**

11

12   KELU NDUNGE MAUNDU,                        Case Number C 05-1939 JF (PVT)

13                        Plaintiff,            ORDER AWARDING COSTS AND
                                                ATTORNEYS' FEES
14         v.

15   THE BARNES LAW FIRM, et al.,

16                        Defendants.

17

18

19         Plaintiff filed the complaint in this action on May 11, 2005, alleging violation of the Fair

20   Debt Collection Practices Act ("FDCPA") against The Barnes Law Firm, its principal, Sharon

21   Barnes, and an employee, Kay Davis.  Plaintiff voluntarily dismissed The Barnes Law Firm and

22   Kay Davis.  The remaining defendant, Sharon Barnes ("Barnes"), did not oppose Plaintiff's

23   motion for summary judgment and did not appear at the hearing on that motion.  The Court

24   granted Plaintiff's motion and directed Plaintiff's counsel to file a motion for costs and attorneys'

25   fees.[1]

26

27
_____
28         [1] The FDCPA provides that a prevailing plaintiff may recover costs and reasonable
     attorneys' fees.  15 U.S.C. § 1692k(a)(3).

Case No. C 05-1939 JF (PVT)
ORDER AWARDING COSTS AND ATTORNEYS' FEES
(JFLC2)

1    Plaintiff requests $7,649.44 in costs and attorneys' fees.  Plaintiff's request is adequately

2  supported by the declaration of counsel and the memorandum of points and authorities submitted

3  in support of Plaintiff's request.  Accordingly, the Court HEREBY AWARDS costs and

4  attorneys' fees in favor of Plaintiff and against Defendant Sharon Lynn Barnes, in the amount of

5  $7,649.44.

6    IT IS SO ORDERED.

7

8

9  DATED:  5/23/06

10

11  _____
    JEREMY FOGEL
12  United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1 | This Order was served on the following persons:

2

3 | Frederick William Schwinn     cand_cmecf@sjconsumerlaw.com,
fred.schwinn@sjconsumerlaw.com

4

5 | Sharon L Barnes
The Barnes Law Firm, APC
Suite 121 West

6 | 2151 E. Convention Center Way
Ontario, CA 91764

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3