\*\*E-filed 7/14/06\*\*

1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 416
   San Jose, California  95113-2404
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   KELU NDUNGE MAUNDU

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| KELU NDUNGE MAUNDU,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>SHARON LYNN BARNES,<br><br>　　　　　　　　Defendant. | Case No.  C05-01939-JF-PVT<br><br>**ENTRY OF JUDGMENT** |

This action came on for hearing before the Court, Honorable Jeremy Fogel, District Judge, presiding, and the issues having been duly heard and a decision having been duly rendered,

It is Ordered and Adjudged that the plaintiff, KELU NDUNGE MAUNDU, recover against defendant, SHARON LYNN BARNES, the sum of $8,649.44, together with interest thereon at the judgment rate until paid.  Said judgment amount represents $1,000.00 in statutory damages awarded pursuant to 15 U.S.C. § 1692k(a)(2)(A) and $7,649.44 in attorney fees and costs awarded pursuant to 15 U.S.C. § 1692k(a)(3).

IT IS SO ORDERED.

Dated this ___14th___ day of June, 2006.

_____
The Honorable Jeremy Fogel
Judge of the District Court